UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

CHAPTER 13 PLAN (Individual Adjustment of Debts)

☐ __Second_____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Julio Antonio Silva          CASE NO.: 14-33923-BKC-LMI
Last Four Digits of SS# 7788

MONTHLY PLAN PAYMENT: Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of ___36___ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

A.  $ 1,194.00    for months    1    to    36   ;
B.  $_____   for months _____ to _____;
C.  $_____   for months _____ to _____; in order to pay the following creditors:

Administrative:   Attorney's Fees and Costs - $ 3650.00+2600 for LMM TOTAL PAID $ 1200.00
Balance Due       $ 5050.00 payable $ 140.28/ month (Months   1  to  36  )

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:
1. Select Portfolio Svcin
   Address: Po Box 65250
   Account No: 2770009883851
   LMM (ESTIMATED PAYMENT PRIOR TO SETTLEMENT) $ 930.00 /month (Months  1 to  36)
       *LMM Payment Simultaneously filing a motion for referral to mortgage mediation allowing
               for this payment
       Arrearage: $0.00
       *Arrearage to be incorporated into Mortgage Modification

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
|  |  | 0% | $ | ____ To ____ | $0.00 |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. _____    Total Due        $_____
                                Payable          $_____/month (Months___to __)
                                Regular Payment  $_____

Unsecured Creditors: Pay $ 4.32/month (Months  1  to  36 ) and pay _____ /month (Months_____ to_____).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.
Other Provisions Not Included Above: The debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) comply with 521(f) 1-4 on an annual basis during the pendency of this case. The debtor(s) hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is modified to be on or before May 15 each year the case is pending and that the debtor shall provide the Trustee with verification of their disposable income if their gross household income increases by more than 5% over the previous year's income.

The Debtor has filed a Verified Motion for Referral to MMM with Select Portfolio Svcin ("Lender"), loan number 2770009883851,for real property located at 8350 NW 8th Street, Apt 4, Miami FL 33126-3911. The parties shall timely comply with all requirements of the Orders of Referral to MMM and all Administrative Orders/Local Rules regarding MMM. While the MMM is pending and until the trial/interim payment plan or the permanent mortgage modification/permanent payment is established by the parties, the Debtor has included a post-petition plan payment, absent Court order to the contrary, of no less than the 31% of the Debtor's gross monthly income as a good faith adequate protection payment to the Lender. All payments shall be considered timely upon receipt by the trustee and not upon receipt by the Lender.

Until the MMM is completed and the Final Report of Loss Mitigation Mediator is filed, any objection to the Lender's Proof of Claim on the real property described above shall be held in abeyance as to the regular payment and mortgage arrearage stated in the Proof of Claim only. The Debtor shall assert any and all other objections to the Proof of Claim prior to confirmation of the plan or modified plan

If the Debtor, co-obligor/co-borrower or other third party (if applicable) and the Lender agree to a settlement as a result of the pending MMM, the Debtor will file a Motion to Approve Loss Mitigation Agreement with the Lender no later than 14 calendar days following settlement. Once the LF-31 (rev. 01/08/10)

*Reyes & Calas-Johnson, PA, attorneys for Debtor, 782 NW 42 Ave., #447, Miami, FL 33126 (305) 476-1900*

settlement is approved by the Court and Debtor shall immediately amend or modify the plan to reflect the settlement and the Lender shall amend its Proof of Claim to reflect the settlement, as applicable.

If a settlement is reached after the plan is confirmed, the Debtor will file a motion to modify the plan no later than 30 calendar days following approval of the settlement by the Court and the Lender shall have leave to amend its Proof of Claim to reflect the settlement reached after confirmation of the plan. The parties will then timely comply with any and all requirements necessary to complete the settlement. In the event that the Debtor receives any financial benefit from the Lender as a part of any agreement, the Debtor shall immediately disclose the financial benefit to the Court and the Trustee and amend of modify the plan accordingly.

If the Lender and the Debtor fail to reach as settlement, then no later than 14 calendar days after the Mediators Final Report is filed, the Debtor will amend of modify the plan to (a) conform to the Lenders Proof of Claim (If the Lender has filed a Proof of Claim) or (b) provide that the real property will be surrendered. If the amended of modified plan provides that the real property is to be surrendered, then the obligations to the Lender will be considered "treated outside of the plan" and the Lender shall have in rem relief from the automatic stay as to the real property that is being surrendered. Notwithstanding the foregoing, Lender may file a motion to confirm that the automatic stay is not in effect as to the real property.

Confirmation of the plan will be without prejudice to the assertion of any rights the Lender has to address payment of its Proof of Claim.

\_\_\_/s/ Mary Reyes_____
For the Debtor
Date:\_\_2/20/2015_____

LF-31 (rev. 01/08/10)

*Reyes & Calas-Johnson, PA, attorneys for Debtor, 782 NW 42 Ave., #447, Miami, FL 33126 (305) 476-1900*