**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

IN RE:                                                  **CASE NUMBER: 14-33923-LMI**
                                                        **CHAPTER 13**

**Julio Antonio Silva**
*aka* **Julio A Silva**
*aka* **Julio Silva**

   **Debtor,**
_____/

**SECURED CREDITOR'S OBJECTION TO**
**CONFIRMATION OF DEBTOR'S SECOND AMENDED CHAPTER 13 PLAN**

   **COMES NOW**, U.S. Bank National Association, as trustee, on behalf of the holders of
the Home Equity Asset Trust 2006-7 Home Equity Pass Through Certificates, Series 2006-7
("**Secured Creditor**"), by and through its undersigned counsel, and files its Objection to the
Confirmation of Debtor's Proposed Second Amended Plan (Docket #43), pursuant to 11 U.S.C.
§§1322(b)(2) and 1325(a).  In further support of its position, Secured Creditor states and alleges
as follows:

   1.      Secured Creditor holds a security interest in Debtor's real property located at
8350 NW 8th Street, Miami, Florida 33126.

   2.      On 3/6/2015, Secured Creditor timely filed its Proof of Claim #3, which listed a
secured arrearage in the amount of $107,994.17 along with a regular post-petition monthly
mortgage payment of $1,367.62 effective 1/01/2015.

   3.      On 2/20/2015 Debtor filed the Second Amended Chapter 13 Plan, (Docket #43),
which proposes treatment pursuant to MMM.  However, the Debtor only proposes adequate
protection payments of $930.00 months 1-36.

4.      Secured Creditor objects to Debtor's proposed Second Amended Chapter 13 Plan due to the fact that it fails to provide for full repayment of Secured Creditor's first mortgage arrearages and regular monthly mortgage payments. Furthermore, the monthly note payment is subject to periodic adjustments for escrow and/or variable interest rates and must be amended during the pendency of the Plan in accordance with the loan documents.

5.      Pursuant to §§1322(b)(2) and 1325(a), Secured Creditor objects to Debtor's Proposed Second Amended Chapter 13 Plan as it proposes to impermissibly modify the Proof of Claim by remitting a lesser amount of arrearages, fees, and costs than that which Secured Creditor is entitled; thus, the proposed Plan is not confirmable.

**WHEREFORE**, Secured Creditor requests this Court Order deny confirmation of the Second Amended Chapter 13 Plan or, in the alternative, require Debtor modify or amend the plan to overcome Secured Creditor's objections as stated herein, and conform to the entire amount due under Secured Creditor's Proof of Claim, or for any other and further relief as this Court deems just and proper.

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been filed with

the Clerk of Court using CM/ECF on this 9th day of March, 2015.  I also certify that the

foregoing was served on this day by either United States Mail or Electronic mail to:

Julio Antonio Silva *aka* Julio A Silva *aka* Julio Silva
8350 NW 8th Street, Apt 4, Miami, FL  33126

Desiree Calas-Johnson, Esquire
Mary Reyes, Esquire
782 NW 42 Ave # 447, Miami, FL 33126

Nancy K. Neidich
POB 279806, Miramar, FL  33027

Office of the US Trustee
51 S.W. 1st Ave., Suite 1204, Miami, FL  33130

<div style="margin-left:50%">

ELIZABETH R. WELLBORN, P.A.
Attorney for Secured Creditor
350 Jim Moran Blvd. Suite 100
Deerfield Beach, Florida 33442
Tel: (954) 354-3544
Fax: (954) 354-3545
Email: mzaki@erwlaw.com

By: /s/ Mariam S. Zaki
Mariam S. Zaki, Esquire
Florida Bar Number 18367

</div>