# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:

Julio Antonio Silva,　　　　　　　　　　Case No. 14-33923-BKC-LMI
　　　　　　　　　　　　　　　　　　　　Chapter 13


Debtor(s)/


## Attorney-Represented Debtor's Verified Ex Parte Motion for Referral to Mortgage Modification Mediation

TheDebtorfiles this Verified Ex Parte Motion for Referral to Mortgage Modification Mediation ("Ex Parte Motion") and requests the Court enter an Order Granting Debtor's Ex Parte Motion for Referral to Mortgage Modification Mediation" ("Ex Parte Order") referring Debtor and Select Portfolio Servicing ("Lender") to Mortgage Modification Mediation ("MMM") and states as follows:

1. Debtor is an individual who has filed forbankruptcy relief under, or converted to, chapter 13 on October 29, 2014.

2. Debtor requests MMM for real property ("Property") locatedat the following street address: 8350 NW 8th Street, Apt 4, Miami FL 33126-3911; account number for this Property is 3851.

   a. The Property is (check one box):

   X the Debtor's primary residence

   ☐ not the Debtor's primary residence

b. Borrowers obligated on the promissory note and mortgage on the Property are (check one box):

☐ Debtor only

X Debtor and non-filing co-obligor/co-borrower/third party

Contact information for co-obligor/co-borrower/third party:

Name:__Liliane Arevalo_____
Address:__8350 NW 8 Street, Apt 4_____
_____Miami, FL 33126_____
Telephone:__(786) 398-2524_____
email:_____

☐ Other:

Name:_____
Address:_____
_____
Telephone:_____
email:_____

c. If applicable, Debtor's attorney has simultaneously filed with this Motion the MMM Local Form "Third Party's Consent to Attend and Participate in Mortgage Modification Mediation" signed by each co-obligor/co-borrower/third party listed above.

3. Debtor intends to (check all boxes that apply):

X modify the mortgage on the Debtor's primary residence.

☐ modify the mortgage on Property that is not the Debtor's primary residence.

☐ surrender the Property to the Lender.

4. Prior to filing this motion, Debtor remitted to Debtor's attorney the required non-refundable portal submission fee in the amount of $25.00 and the required non-refundable Document Preparation Software fee in the amount of $40.00 for a total fee of $65.00.

5. Prior to filing this motion, Debtor's attorney completed Debtor's information using the court-approved on-line program that facilitates thepreparation of the Debtor's loan modification package ("Document Preparation Software") and has paid the $40.00 Document Preparation Software fee to the approved vendor. Debtor's initial loan modification forms have been generated and are ready for signature and submission. Debtor's attorney has also collected all of the required supporting documentation as required by the Document Preparation Software (such documentation and forms referred collectively to as "Debtor's Prepared Package") and is prepared to submit the supporting documentation along with the modification forms.

6. Prior to filing this motion, Debtor's attorney has determined that:

    X  Lender is registered with the approved Mortgage Modification Mediation Portal ("MMM Portal");

    ☐ Lender is not registered. Debtor requests the Court require Lender to register with the MMM Portal within seven days after entry of the Order.

7. Debtor requests Lender consider (check as many boxes as applicable):

    X  a HAMP or government sponsored loan modification

MMM-LF-01 (rev. 08/01/14)

    X  a conventional loan modification

    ☐  a deed in lieu of foreclosure

    ☐  a state court consent *in rem* final judgment of foreclosure

    ☐  surrender options

    ☐  other: _____

8. IF DEBTOR IS REQUESTING NON-RETENTION (SURRENDER) OPTIONS:

   a. Debtor will submit all additional documents required for surrenderas provided for on the MMM Portal.

   b. Debtor represents that the property has been listed for sale.

9. Prior to filing this motion, Debtor remitted the required mediator's fee in the amount of $300.00 to Debtor's attorney, unless the Debtor is seeking pro bono mediation under paragraph 11. Debtor understands and acknowledges that after the mediator is designated, themediator's fee is not refundable for any reason at any time.

10. Within seven days after filing theMMM Local Form "Debtor's Notice of Selection of Mortgage Modification Mediator (or "Notice ofClerk's Designation of Mortgage Modification Mediator") or the Lender's registration on the MMM Portal, whichever occurs later, Debtor's attorney shall upload and submit through the MMM Portal,Debtor's Prepared Package, together with any additional forms or documents whichLender may post on the MMM Portal, and pay a non-refundable MMM Portalsubmission fee in the amount of $25.00. In addition, the Debtor's

attorney will upload the Order to the MMM Portalas part of the submission of Debtor's documentation.

11. Debtor's attorney:

  X  will forward the mediator's fee directly to the mediator within seven days after designation of the mediator; **OR**

  ☐ represents that the Debtor requests he/she be considered as a candidate for pro bono mediation because theDebtor's undersigned attorney is representing the Debtor pro bono, or Debtor's income is less than 150% above the poverty level (see attached calculation).

12. Debtor consents to Lender communicating directly with Debtor's attorney for any and all aspects of the mortgage modification mediation program.

**WHEREFORE,** Debtor requests that the Ex Parte Motion be granted and for such other and further relief as this Court deems proper.

## DEBTOR'S VERIFICATION

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury the foregoing is true and correct on September __3__, 2015.

X _____
   Debtor

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Debtor's Ex Parte Referral to Mortgage Modification Mediation was served by U.S. first class mail to the parties listed below on September __3__, 2015.

M. Reyes, Esq.
Bar Number 120006
782 NW 42 Ave, Ste 447
Miami, FL 33126
(305) 476-1900

Copies to:

Nancy Neidich, Trustee (ECF Registered)

Julio Silva
8350 NW 8th Street, Apt 4
Miami, FL 33126-3911

Select Portfolio Servicing
PO Box 65250
Salt Lake City, UT 84165

Elizabeth Wellborn, PA
350 Jim Moran Blvd #100
Deerfield Beach, FL 33442

US Bank, NA
425 Walnut Street
Cincinnati, OH 45202